206 So.2d 89

**STATE of Louisiana**

**v.**

**David L. MITCHELL.**

**No. 49078.**

Feb. 1, 1968.

Writs refused. The showing made does not warrant the exercise of our supervisory jurisdiction.